# EXHIBIT A

1

```
 1   SUPREME COURT OF THE STATE OF NEW YORK
     COUNTY OF KINGS   CRIMINAL TERM   PART DV
 2   - - - - - - - - - - - - - - - - - - - -X
                                            :
 3   THE PEOPLE OF THE STATE OF NEW YORK    :
                                            :
 4                                          :    INDICTMENT
            - against -                     :    NO.
 5                                          :    72165-21
     HECTOR MENDOZA,                        :
 6                                          :
                       Defendant.           :    CALENDAR CALL
 7                                          :
                                            :
 8   - - - - - - - - - - - - - - - - - - - -X
                    Supreme Court
 9                  320 Jay Street
                    Brooklyn, New York 11201
10                  February 10, 2022

11   B E F O R E :

12         HONORABLE MATTHEW D'EMIC,
                  Justice of the Supreme Court
13

14   A P P E A R A N C E S :

15     ERIC GONZALEZ, ESQ.
            District Attorney, Kings County
16          350 Jay Street
            Brooklyn, New York 11201
17       BY: LAUREN FITTON, ESQ.
              Assistant District Attorney
18

19     ANTHONY L. RICCO, ESQ.
            Attorney for the Defendant
20          20 Vesey Street
            New York, New York 10007
21

22     ALSO PRESENT:

23          STEVEN Z. LEGON, ESQ.

24
                                    DEBRA FERRARO
25                                  SENIOR COURT REPORTER
```

1    THE CLERK:  Calling number five, 72165 of '21,
2    Hector Mendoza.
3    MR. RICCO:  Good morning, your Honor.
4    Anthony Ricco for Mr. Hector Mendoza.  I am joined this
5    morning, your Honor, by my associate, Mr. Steven Legon, who
6    is on the screen.  Your Honor, Mr. Mendoza is present.  He
7    is in Los Angeles and he is appearing virtually, and the
8    individuals you see in the background, your Honor, are
9    students in my trial advocacy class at Fordham and they will
10   be listening in quietly during this morning's court
11   proceedings.  Thank you, your Honor.
12   THE COURT:  We are happy to have them.
13   MS. FITTON:  Good morning, your Honor.
14   Assistant District Attorney Lauren Fitton, F-I-T-T-O-N,
15   for the People.
16   THE COURT:  Good morning.
17   MS. FITTON:  Your Honor, if I could make a brief
18   record?
19   THE COURT:  Yes.
20   MS. FITTON:  Your Honor, post indictment, defense
21   counsel turned over to the People an audiotape recording
22   where the complainant stated that she would use her power
23   against the Defendant to have him charged with rape.  The
24   DA's office spoke to the complainant about the recording and
25   the complainant provided an explanation.  However, the

```
 1    complainant made other statements about the recording to the
 2    Los Angeles police as she did not make to the DA's office.
 3              Additionally, when the complainant was asked about
 4    any substance abuse theory based on allegations brought by
 5    the defense, the complainant denied any.  Yet, medical
 6    records showed otherwise.
 7              Based on these disclosures, our investigation and
 8    our ethical obligation, the People no longer have a viable
 9    case.  So, at this time, we are moving for dismissal of the
10    indictment.
11              THE COURT:   Any objection?
12              MR. RICCO:   No, sir.
13              THE COURT:   The indictment is dismissed and sealed.
14              MR. RICCO:   Your Honor, thank you very much for
15    your patience with this case, and I also want to thank the
16    Kings County District Attorneys office for responding to the
17    information that we provided and conducting an independent
18    investigation into this very serious matter.  So, thank you
19    very much, your Honor.
20              THE COURT:  Okay, thank you.  Good luck.
21                    *    *    *    *    *
22              The foregoing is certified to be a true and
23    accurate transcript of the proceedings.
24
25                            *Debra Ferraro*
                              DEBRA FERRARO
                              SENIOR COURT REPORTER
```