# EXHIBIT B



**NEWS**

HOME    U.S. NEWS    WORLD    POLITICS    LEGAL    BUSINESS    ENTERTAINMENT    MENU ▾    E-MAIL ALERTS    LIVE FEEDS    EN ES|

*BREAKING NEWS*

# 10 injured in riot at Los Angeles County jail



Published on July 15, 2021
By **BNO News**



Emergency services at the jail (Credit: Fox LA)

Ten people, including eight employees, were injured when a riot erupted at the Pitchess Detention Center near Santa Clarita, local officials say. Up to two dozen inmates were exposed to pepper spray.

The incident happened at about 3:05 p.m. on Thursday when deputies were conducting security checks inside one of the dorms at the jail, which is also known as the North County Correctional Facility.

The all-male jail is located on The Old Road in Castaic, a small community in the northern part of Los Angeles County.

"During the security checks a deputy was assaulted by an inmate. Multiple inmates in the dorm became involved in the altercation," the Los Angeles County Sheriff's Department said in a statement. "Additional deputies were requested to the location."

The statement said deputies used verbal commands and deployed pepper spray to gain control of the situation. About 20 to 25 inmates were exposed to the chemical.

At least 10 people were injured in Thursday's disturbance, including seven deputies, one Custody Assistant (CA), and two inmates. All except one of the deputies were taken to hospital for treatment of non-life threatening injuries.

It was also not immediately known what led to the fight. The facility remained on lockdown as of 5:20 p.m.

**Austin Dave**
@AustinDave_ · **Follow**

On scene of mass casualty incident at Pitchess Detention Center in Castaic. @LACOFD incident commander reporting at least eight inmates and two @LASDHQ personnel injured during an incident.

Watch on Twitter

6:57 PM · Jul 15, 2021

Read the full conversation on Twitter

♥ 41    Reply   ↑ Share

Read 4 replies



Location of the Pitchess Detention Center in Castaic, California (Credit: Google)

**RELATED TOPICS:**  #CALIFORNIA  #CASTAIC (CALIFORNIA)  #FEATURED  #PITCHESS DETENTION CENTER (CALIFORNIA)  #UNITED STATES

## MOST VIEWED



LEGAL / 1 week ago
**At least 4 dead, 32 injured in shooting at Alabama birthday party**



BUSINESS / 6 days ago
**Swedish public radio is 4th news organization to leave Twitter**



LEGAL / 1 week ago
**2 New York residents charged with operating secret Chinese police station**



POLITICS / 1 wee
**Dutch intellig conspiracy th**



WORLD / 1 week ago
**Meteor explodes over Israel and the West Bank**



WORLD / 1 week ago
**7 killed in armed attack at Mexican resort**



LEGAL / 1 week ago
**6 shot, 2 killed, in new mass shooting in Louisville**



US NEWS / 6 day
**7 people hit, spree**

Copyright © 2023 BNO News, B.V. All rights reserved.
About Us | Privacy Policy | Terms | BNO en Español | Contact Us