UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------X

MOLLIE MINSKOFF,

        Plaintiff,

v.

HECTOR MENDOZA, JR.,

        Defendant.

------------------------------------X

Civil Action No.: 1:23-CV-00584

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears as counsel of record for Plaintiff Mollie Minskoff in this action.

Dated: Albany, New York
      April 27, 2023

**GREENBERG TRAURIG, LLP**

By:   /s/Michael J. Grygiel
      Michael J. Grygiel
      54 State Street, 6th Floor
      Albany, New York 12207
      Tel: (518) 689-1400
      Fax: (518) 689-1499
      Email: grygielm@gtlaw.com

*Attorneys for Plaintiff Mollie Minskoff*